THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRINA CHRISTIE, in her Personal Capacity and as Personal Representative of the Estate of ANTHONY R. CHRISTIE, deceased; C.C., a minor, in his personal capacity,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; JULIE MARTIN; ROB HERZOG; DAN JOHNSON; JACK WARNER; CHRISTOPHER HALLGREN; STEFAN ROSE; KODY ANGELL; JOHN GEISLER; RADU MURESAN; WILLIAM HALL; DIANNA MULL; ARBEN KULLOJKA; VALARIE HERRINGTON; TROY BUSHEY; AREIG AWAD; JACOB MILLER; ELAINE GRAVATT; and JOHN DOES 1-20,<br><br>Defendants. | NO. 3:22-cv-05692-BHS<br><br>**STIUPLATED MOTION AND ORDER TO EXTEND DEADLINE FOR SERVICE ON DEFENDANT DAN JOHNSON**<br><br>NOTING DATE: December 15, 2022 |

The Parties, having met and conferred by and through counsel, hereby stipulate and agree to the following:

1. This matter was originally filed on July 26, 2022, in Washington State Superior Court in King County, and removed by certain Defendants on September 16, 2022. Dkt. #1.

2. Pursuant to Fed. R. Civ. P. 4(m), if a defendant has not been served within 90 days of the commencement of the case, the court must either dismiss the defendant without

STIUPLATED MOTION AND ORDER TO EXTEND DEADLINE FOR SERVICE ON DEFENDANT DAN JOHNSON - 1
Case No. 3:22-cv-05692-BHS

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

prejudice or extend the time for service for an appropriate period if good cause is shown for the failure to serve.

3. In this case, since the commencement of this action, Plaintiffs have made diligent efforts to locate Defendant Dan Johnson and secure a waiver of service of process or serve Mr. Johnson. Plaintiffs have searched public records, including, among other documents, records secured related to this lawsuit and address databases on the internet. Notwithstanding, Plaintiffs have been unable to locate a valid and current address for Defendant Dan Johnson.

4. Here, "90 days after the case is filed" is December 15, 2022.

5. Plaintiffs believe that during the course of discovery they will secure Mr. Johnson's current residential address, or his last known residence, through which Plaintiffs will be able to effectuate service on Mr. Johnson.

6. "[D]istrict courts have broad discretion under General Rule 4(m) to extend time for service even without a showing of good cause." *United States v. 2,164 Watches, More or Less*, 366 F.3d 767, 772 (9th Cir. 2004).

7. In light of the foregoing, the undersigned hereby stipulate and agree to extend the deadline for Plaintiffs to serve Defendant Dan Johnson by an additional sixty (60) days.

IT IS SO STIPULATED this 15th day of December, 2022.

| GALANDA BROADMAN, PLLC | ATTORNEY GENERAL'S OFFICE (SEA-FIFTH AVE) |
|---|---|
| *s/ Ryan D. Dreveskracht* <br> Ryan D. Dreveskracht, WSBA #42593 <br> *s/ R. Joseph Sexton* <br> R. Joseph Sexton, WSBA #38063 <br> 8606 35th Avenue NE, Suite L1 <br> P.O. Box 15146 <br> Seattle, WA 98115 <br> Phone: (206) 557-7509 <br> Fax: (206) 299-7690 <br> Email: ryan@galandabroadman.com <br>         joe@galandabroadman.com <br> Attorneys for Plaintiff | *s/ Andrew Thomas Biggs* <br> Andrew Thomas Biggs, WSBA #11746 <br> 800 5th Ave., Ste. 2000 <br> Seattle, WA 98104-3188 <br> Phone: (206)389-3804 <br> Email: andrew.biggs@atg.wa.gov |

STIUPLATED MOTION AND ORDER TO EXTEND DEADLINE FOR SERVICE ON DEFENDANT DAN JOHNSON - 2
Case No. 3:22-cv-05692-BHS

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

|   |   |
|---|---|
| 1 | ATTORNEY GENERAL'S OFFICE (TAC) |
|   | *s/ Miles F. Russell* |
| 2 | Miles F. Russell, WSBA #46968 |
|   | 1250 Pacific Avenue, Ste. 105 |
| 3 | PO Box 2317 |
|   | Tacoma, WA 98401-2317 |
| 4 | Phone: (253)593-2431 |
|   | Email: milesf.russell@atg.wa.gov |

Attorneys for Defendants Kody Angell, Areig Awad, Troy Bushey, John Geisler, Elaine Gravatt, William Hall, Christopher Hallgren, Valerie Herrington, Robert Herzog, Dan Johnson, Arben Kullojka, Julie Martin, Jacob Miller, Dianna Mull, Radu Muresan, Stefan Rose, State of Washington Department of Corrections and Jack Warner

STIUPLATED MOTION AND ORDER TO EXTEND DEADLINE FOR SERVICE ON DEFENDANT DAN JOHNSON - 3
Case No. 3:22-cv-05692-BHS

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

**ORDER**

Pursuant to the Stipulation above, the Court orders that the deadline for Plaintiffs to serve named Defendant Dan Johnson is hereby extended by an additional sixty (60) days.

DATED this 16th day of December, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

STIUPLATED MOTION AND ORDER TO EXTEND DEADLINE FOR SERVICE ON DEFENDANT DAN JOHNSON - 4
Case No. 3:22-cv-05692-BHS

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509