THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRINA CHRISTIE, in her Personal Capacity and as Personal Representative of the Estate of ANTHONY R. CHRISTIE, deceased; C.C., a minor, in his personal capacity,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; JULIE MARTIN; ROB HERZOG; KEVIN BOVENCAMP; MARY JO CURREY; JACK WARNER; CHRISTOPHER HALLGREN; STEFAN ROSE; KODY ANGELL; JOHN GEISLER; RADU MURESAN; WILLIAM HALL; DIANNA MULL; ARBEN KULLOJKA; VALARIE HERRINGTON; TROY BUSHEY; AREIG AWAD; JACOB MILLER; ELAINE GRAVATT; and JOHN DOES 1-20,<br><br>Defendants. | NO.  3:22-cv-05692-TMC<br><br>SECOND STIPULATED MOTION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND ORDER<br><br>NOTE ON MOTION CALENDAR: MARCH 4, 2024 |

## I.   STIPULATION

For good cause shown and pursuant to Federal and Local Rule of Civil Procedure 16(b)(6), all Parties to this matter respectfully and jointly move the Court for entry of an order striking the previously set pretrial dates, to be reset, while maintaining the existing trial date.

SECOND STIPULATED MOTION TO CONTINUE CERTAIN PRE-TRIAL
DEADLINES AND ORDER - 1
Case No. 3:22-cv-05692-TMC

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

With the Court's consent, and upon a showing of good cause, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6). The "good cause" standard primarily considers the diligence of the party seeking the amendment—the court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the parties seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *Id.* at 609.

For good cause shown and pursuant to the Court's Scheduling Order (Dkt. #33) and the Order Setting Jury Trial and Pretrial Dates (Dkt. 51), all parties to this matter stipulate as follows:

1. As of the date of this stipulated motion, six depositions have been taken, written discovery has been exchanged, a stipulated Protective Order has been entered, and the production of responses and documentary materials is underway. Additional depositions are scheduled and pending scheduling, with an understanding that depositions will be substantially completed by the end of March 2024.

2. Under the current case schedule, expert disclosures are due on March 11, 2024, and the discovery cutoff is May 17, 2024. While discovery is proceeding, it has been slowed by both parties' active and heavy trial schedules. There also exists a need for additional and continued discovery and the experts in this matter will need additional time to complete their reports.

3. Extending the expert disclosure deadline will make it difficult to maintain the remaining dates on the case schedule order, including the completion of discovery, expert-related motions, and the ability to evaluate the case for potential pretrial mediation.

4. The Parties, having consulted about their schedules to determine mutual

SECOND STIPULATED MOTION TO CONTINUE CERTAIN PRE-TRIAL
DEADLINES AND ORDER - 2
Case No. 3:22-cv-05692-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1  availability, therefore, respectfully request to amend the dates and deadlines on the current case

2  schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Disclosures | March 11, 2024 | April 19, 2024 |
| Rebuttal Expert Disclosures | April 8, 2024 | May 8, 2024 |
| All motions related to discovery must be filed by | April 19, 2024 | May 24, 2024 |
| Discovery Deadline | May 17, 2024 | June 7, 2024 |

5. By so stipulating, neither Plaintiff nor Defendants consent to discovery above or beyond those permitted by the Federal Rules of Civil Procedure or this Court's Local Rules. Based upon the stipulation and agreements set forth above, the parties stipulate to the filing of the Agreed Order below.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 6th day of March, 2024.

GALANDA BROADMAN, PLLC
*I certify that this memorandum contains 514 words, in compliance with the Local Civil Rules.*

<u>s/ Ryan D. Dreveskracht</u>
Ryan D. Dreveskracht, WSBA #42593
R. Joseph Sexton, WSBA #38063
Rachel R. Tobias, WSBA #34111
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com
       joe@galandabroadman.com
       rtobias@galandabroadman.com

Attorneys for Plaintiff

SECOND STIPULATED MOTION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND ORDER - 3
Case No. 3:22-cv-05692-TMC

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

|  |  |
|---|---|
| 1 | ROBERT W. FERGUSON |
| 2 | Attorney General |
|   | **Approved as to form via email** |
| 3 | *s/Miles F. Russell* |
| 4 | MILES F. RUSSELL |
|   | WSBA No. 46968; OID No. 91105 |
| 5 | Assistant Attorneys General |
|   | Torts Division |
| 6 | 800 Fifth Avenue, Suite 2000 |
|   | Seattle, WA 98104-31880 |
| 7 | Attorneys for Defendants |
|   | Email:  Milesf.russell@atg.wa.gov |
| 8 | Attorneys for Defendants |

SECOND STIPULATED MOTION TO CONTINUE CERTAIN PRE-TRIAL
DEADLINES AND ORDER - 4
Case No. 3:22-cv-05692-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

# ORDER

Pursuant to the Stipulation above, the Court orders that the deadlines be extended to reflect the following dates, as agreed by the Parties:

| EVENT | NEW DEADLINE |
|---|---|
| Expert Disclosures | April 19, 2024 |
| Rebuttal Expert Disclosures | May 8, 2024 |
| All motions related to discovery must be filed by | May 24, 2024 |
| Discovery Deadline | June 7, 2024 |

DATED this 6th day of March, 2024.

*[signature]*

Tiffany M. Cartwright
United States District Judge

SECOND STIPULATED MOTION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND ORDER - 5
Case No. 3:22-cv-05692-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509