THE HONORABLE TIFFANY M. CARTWRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRINA CHRISTIE, in her Personal Capacity and as Personal Representative of the Estate of ANTHONY R. CHRISTIE, deceased; C.C., a minor, in his personal capacity,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; JULIE MARTIN; ROB HERZOG; KEVIN BOVENCAMP; MARY JO CURREY; JACK WARNER; CHRISTOPHER HALLGREN; STEFAN ROSE; KODY ANGELL; JOHN GEISLER; RADU MURESAN; WILLIAM HALL; DIANNA MULL; ARBEN KULLOJKA; VALARIE HERRINGTON; TROY BUSHEY; AREIG AWAD; JACOB MILLER; ELAINE GRAVATT; and JOHN DOES 1-20,<br><br>Defendants. | NO. 3:22-cv-05692-TMC<br><br>STIPULATED MOTION AND ORDER TO DISMISS INDIVIDUAL DEFENDANTS<br><br>NOTING DATE: APRIL 10, 2024 |

Plaintiffs Trina Christie, in her Personal Capacity and as Personal Representative of the Estate of Anthony R. Christie, C.C., a minor, in his personal capacity, hereby agree to dismiss all claims and causes of action against Individual Defendants John Geisler and Radu Muresan with prejudice as a matter of law. The parties further agree that each side shall bear its own attorneys' fees in this matter.

STIPULATED MOTION AND ORDER
TO DISMISS INDIVIDUAL DEFENDANTS - 1
(3:22-cv-05692-TMC)

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

IT IS SO STIPULATED this 10th day of April, 2024.

GALANDA BROADMAN, PLLC

s/ Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
s/ R. Joseph Sexton
R. Joseph Sexton, WSBA #38063
s/ Rachel R. Tobias
Rachel R. Tobias, WSBA #34111
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com
       joe@galandabroadman.com
       rtobias@galandabroadman.com
Attorneys for Plaintiff

ATTORNEY GENERAL'S OFFICE (TAC)

s/ Miles F. Russell
Miles F. Russell, WSBA #46968
1250 Pacific Avenue, Ste. 105
PO Box 2317
Tacoma, WA 98401-2317
Phone: (253)593-2431
Email: milesf.russell@atg.wa.gov
Attorneys for Defendants

STIPULATED MOTION AND ORDER
TO DISMISS INDIVIDUAL DEFENDANTS - 2
(3:22-cv-05692-TMC)

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and causes of action against the Individual Defendants John Geisler and Radu Muresan are hereby dismissed with prejudice as a matter of law, with each side bearing its own costs and attorneys' fees.

IT IS HERBY ORDERED this 11th day of April, 2024.

_____
Tiffany M. Cartwright
United States District Judge

*Presented by:*

GALANDA BROADMAN, PLLC

s/ Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
s/ R. Joseph Sexton
R. Joseph Sexton, WSBA #38063
s/ Rachel R. Tobias
Rachel R. Tobias, WSBA #34111
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com
   joe@galandabroadman.com
   rtobias@galandabroadman.com

STIPULATED MOTION AND ORDER
TO DISMISS INDIVIDUAL DEFENDANTS - 3
(3:22-cv-05692-TMC)

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509