THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRINA CHRISTIE, in her Personal Capacity and as Personal Representative of the Estate of ANTHONY R. CHRISTIE, deceased; C.C., a minor, in his personal capacity,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; JULIE MARTIN; ROB HERZOG; KEVIN BOVENCAMP; MARY JO CURREY; JACK WARNER; CHRISTOPHER HALLGREN; STEFAN ROSE; KODY ANGELL; JOHN GEISLER; RADU MURESAN; WILLIAM HALL; DIANNA MULL; ARBEN KULLOJKA; VALARIE HERRINGTON; TROY BUSHEY; AREIG AWAD; JACOB MILLER; ELAINE GRAVATT; and JOHN DOES 1-20,<br><br>Defendants. | NO. 3:22-cv-05692-TMC<br><br>ORDER APPROVING MINOR SETTLEMENT AND DISMISSING CASE |

This matter comes before the Court on the parties' stipulated motion for approval of a minor settlement for C.C. (Dkt. # 123) In support of their motion, the parties submit a Settlement Guardian ad Litem ("SGAL") Report (Dkt. # 121). The Court previously approved Bruce A. Wolf as the SGAL for minor C.C. (Dkt. # 119.) Having reviewed the parties' motion (Dkt. # 123), SGAL Report (Dkt. # 121), the Court finds fair and reasonable the settlement terms set

ORDER APPROVING MINOR SETTLEMENT
AND DISMISSING CASE - 1
Case No. 3:22-cv-05692-TMC

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

forth in the SGAL Report. The above stipulated motion to approve minor settlement (Dkt. # 123) is GRANTED. The Court ORDERS as follows:

Having considered this information and being fully advised, the court enters the following Order:

1. The settlement amount of $960,000.00 is found to be reasonable and is approved.

2. The attorneys' fees to plaintiffs' counsel's firm, Galanda Broadman, PLLC, in the amount of $384,000.00, are found to be reasonable and are approved.

3. The costs incurred by Galanda Broadman, PLLC, in the amount of $106,784.90, are found to be reasonable and are approved.

4. State of Washington shall make the following payments within fourteen days from this order:

    a. Defendant, State of Washington, shall issue a State warrant (check) to GALANDA BROADMAN, PLLC in trust for the benefit of Plaintiffs, in the amount of SIX HUNDRED TEN THOUSAND AND NO/100 DOLLARS ($610,000.00).

    b. Defendant, State of Washington, shall issue a State warrant (check) to New York Life Insurance and Annuity Corporation in the amount of THREE HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($350,000.00) to fund future periodic payments from structured settlement annuities, which shall be made on the dates and in the amounts as described below:

        Payee: C.C.

        Guaranteed Lump Sum at age 18

        $10,000.00 guaranteed lump sum payable at age 18 (7/25/2031).

        Semi-Annual Payments

        $7,000.00 semiannually, guaranteed 12 years, beginning December 1, 2031.

        Supplemental Income

        $1,712.88 monthly, guaranteed 12 years, beginning at age 18 (7/25/2031).

ORDER APPROVING MINOR SETTLEMENT
AND DISMISSING CASE - 2
Case No. 3:22-cv-05692-TMC

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

> Guaranteed Lump Sum at age 30
>
> $250,000.00 guaranteed lump sum payable at age 30 (7/25/2043).

The future Periodic Payments outlined above are guaranteed based upon a projected funding date. Any delay in funding the Period Payments may result in a delay of the payment dates or a change in payment amounts. Any rate adjustments may result in changes to the Periodic Payments listed above. These changes shall be recorded in the Qualified Assignment and Release Agreement and Annuity Contract without the need of obtaining an amended Petition or Court Order.

Any payments to be made after the death of the Payee shall be made to the Estate of the Payee. After the age of the majority, Payee may submit a change of beneficiary, in writing, to Assignee. No such designation, or any revocation thereof, shall be effective unless it is in writing and delivered to Assignee. The designation must be in a form acceptable to Assignee. The designation approved by the Court at this time is the Estate of C.C. The obligation to make periodic payments described herein will be assigned to New York Insurance and Annuity Corporation ("Assignee") and funded by an annuity contract issued by New York Life Insurance Company ("Annuity Issuer"), rated A++ by A.M. Best Company, and AA+ by Standard and Poor's. All parties shall cooperate fully and execute any and all supplementary documents, including a Settlement Agreement and Release and Qualified Assignment, in compliance with IRC 104(a)(2) and Section 130 of the Internal Revenue Code of 1986, as amended. Neither the minor, nor incapacitated person, nor their estates, nor any subsequent beneficiary or recipient of any payments or any part of any payments under this structured settlement shall have the right to accelerate, commute, or otherwise reduce to present value or to a lump sum any of the payments or any part of the payments due under this structured annuity settlement or this order unless by later motion good cause has been shown to lift or modify these restrictions.

5. The court finds further that:

   a. Probate counsel Peter Kram's remaining fees to conclude the probate of the estate in the amount of $1,500.00 is found to be reasonable and is approved. This

ORDER APPROVING MINOR SETTLEMENT
AND DISMISSING CASE - 3
Case No. 3:22-cv-05692-TMC

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

amount is estimated. Any residual costs for Mr. Kram that may be incurred over and above the amounts delineated in paragraphs 4b shall be covered by the net settlement proceeds of $119,215.10, not the minor's net settlement proceeds. In addition, Bruce A. Wolf's fee of $5,000.00 is found to be reasonable and is approved. Payment of Mr. Wolf's fees shall be covered by the net settlement proceeds of $119,215.10, not the minor's net settlement proceeds.

    b. The attorneys' fees to plaintiffs' counsel's firm, Galanda Broadman, PLLC, in the amount of $384,000.00.

    c. The costs incurred by Galanda Broadman, PLLC, in the amount of $106,784.90.

    d. The cash portion of the settlement funds in the amount of $119,215.10 will be made payable to Galanda Broadman, PLLC, on behalf of Trina Christie, in her Personal Capacity and as Personal Representative of the Estate of Anthony R. Christie. Galanda Broadman, PLLC may withhold $14,976.41 from this portion in reserve to cover the following potential additional costs:

        a. Probate counsel Kram's costs as described in paragraph 4b above. (Approximately $1,500.00).

        b. SGAL Fees, in the amount of $5,000.00

        c. Potential creditor claims in the amount of $5,476.41; and

        d. Additional unexpected costs in the amount of $3,000.00, if necessary.

After these amounts are distributed, any additional amount remaining unused in reserve shall be provided directly to Trina Christie by Galanda Broadman, PLLC.

6. The Legal Guardian of the minor, C.C., Trina Christie is authorized to sign all settlement agreements and releases on behalf of the minor, C.C. Trina Christie is also personal representative of the estate and is authorized to sign all settlement agreements and releases on behalf of the estate.

7. Confirmation of the funding of the structured settlements for the minors shall be confirmed by a filing in the Pierce County Superior Court estate action, cause no. 20-4-00854-3.

ORDER APPROVING MINOR SETTLEMENT
AND DISMISSING CASE - 4
Case No. 3:22-cv-05692-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

IT IS HEREBY ORDERED that the allocation of net proceeds in which the minor, C.C. shall receive is found reasonable and is APPROVED.

The Settlement Guardian ad Litem is discharged from all further duties.

FURTHER, the Court having reviewed the record, and determining there are no further issues in controversy, hereby DISMISSES this case with prejudice and without further costs or attorneys' fees.

IT IS SO ORDERED.

DATED this 27th day of November, 2024.

_____
The Honorable Tiffany M. Cartwright

ORDER APPROVING MINOR SETTLEMENT
AND DISMISSING CASE - 5
Case No. 3:22-cv-05692-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509